**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In Re: Judy M. Miller

Debtor(s)

BK No. 1:11−bk−12956

Chapter 7

***ORDER APPROVING (doc# 51 )***
*Re: Motion to Approve Loan Modification Agreement between Debtor and JPMorgan Chase Bank, N.A. , filed by the Creditor*

After consideration of the pleading(s), it is hereby **ORDERED** that the above entitled document (doc. # 51 ) is **APPROVED** .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **10/22/12**

Entered on Docket: **10/22/12**
Document Number: **52 – 51**

145.jsp

_____

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*